Crim-Trial (5/18/09)

HONORABLE: _____

DEPUTY CLERK _____  RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes  USPO _____  INTERPRETER _____
DATE: _____  START TIME: _____  END TIME: _____
LUNCH RECESS  FROM: _____  TO: _____
RECESS (if more than ½ hr)  FROM: _____  TO: _____

CRIMINAL NO. _____  Deft # _____

=========================================

UNITED STATES OF AMERICA

_____
AUSA

vs

_____
Defendant's Counsel

=========================================

**CRIMINAL JURY/COURT TRIAL**

☐........ Jury of _____ and _____ alternates report ☐ Jury sworn.
☐........ ☐ Juror # _____ excused ☐ Alternates excused
☐........ Deft _____ Failed to appear. Bench warrant issued.
☐........ ☐ Jury Trial held ☐ Jury Trial continued until _____ at _____
☐........ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐..#___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐..#___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐..#___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐........ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
☐........ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
☐........ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐........ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐........ _____ ☐ filed
☐........ _____ ☐ filed
☐........ _____ ☐ filed
☐........ _____ ☐ filed
☐........ _____ ☐ filed
☐........ _____ ☐ filed
☐........ ☐ Government rests ☐ Defendant _____ rests
☐........ ☐ Summation held ☐ Court's Charge to the Jury
☐........ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
☐........ Jury commences deliberations at _____
☐........ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Jury Clerk)
☐........ SEE ☐ page II ☐ for additional entries
☐........ Copy to: JURY CLERK with daily juror attendance sign-in sheet

**CRIMINAL JURY/COURT TRIAL (continued)**

☐......... Court declares MISTRIAL as to Defendant _____
☐......... Jury Verdict filed
☐......... Oral Verdict
☐......... Court Verdict
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... Court accepts verdict and orders verdict verified and recorded
☐......... Jury polled
☐......... Sentencing set _____ at _____ as to Deft _____
☐......... Sentencing set _____ at _____ as to Deft _____
☐......... Prob 246B Order for PSI & Report
☐......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
☐......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Deft _____ REMANDED to custody
☐......... Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

**MISCELLANEOUS PROCEEDINGS**

_____

_____

_____

_____

_____

_____

_____